IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BOB DENHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:16-cv-00469-WTL-MJD |
| | ) |
| ADVICS MANUFACTURING INDIANA, LLC, | ) |
| | ) |
| Defendant. | ) |

> Acknowledged on 11/15/2017.
> s/William T. Lawrence, Judge
> Notice via ECF

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Bob Denham and Defendant ADVICS Manufacturing Indiana, LLC, by counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned cause of action in its entirety, including all claims that were brought or that could have been brought, and with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

*s/Paul J. Cummings*_____
David M. Henn
Paul J. Cummings
HENN HAWORTH CUMMINGS & PAGE
625 North Madison Avenue, Suite A
Greenwood, IN  46143
Telephone:   (317) 885-0041
Facsimile:    (888) 308-6503
Email:   paul.cummings@HHCFirm.com

*Attorneys for Plaintiff*

2

*s/Nathan A. Baker*
Peter A. Morse, Jr.
Nathan A. Baker
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Telephone:	(317) 236-1313
Facsimile:	(317) 231-7433
Email:	pete.morse@btlaw.com
	nathan.baker@btlaw.com

*Attorneys for Defendant*

DMS 11106752v1

2